**E-filed 5/18/07**

1  RICHARD J. CURIALE
   DENA L. NARBAITZ
2  KRISTEN L. WILLIAMS
   CURIALE DELLAVERSON HIRSCHFELD
3    & KRAEMER, LLP
   727 Sansome Street
4  San Francisco, CA  94111
   Telephone:  (415) 835-9000
5  Facsimile:  (415) 835-0443

6  Attorneys for Defendant
   BARRETT BUSINESS SERVICES, INC.
7

8              UNITED STATES DISTRICT COURT, NORTHERN DISTRICT

9                              SAN JOSE DIVISION

10

11 | JAIME MORENO,                       | Case No.  C07 00856 JF
12 |         Plaintiff,                  | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SCHEDULING OF DATES**
13 | vs.
14 | BARRETT BUSINESS SERVICES, INC., and DOES 1-10, | **Complaint Filed:  February 9, 2007**
15
16 |         Defendants.

17      On May 15, 2007, Plaintiff Jaime Moreno and Defendant Barrett Business Services, Inc.
18 filed a Stipulation with this Court giving Defendant an additional thirty (30) days to file a
19 response.  Based upon the stipulated extension of time, the parties further stipulate and request the
20 Court to continue the Case Management Conference currently scheduled for May 18, 2007.
21      Parties propose a new date of July 13, 2007 at 10:30 a.m. for the Case Management
22 Conference.
23      The parties further request that all other dates be continued in accordance with the Case
24 Management Conference and propose the following dates:
25      June 22, 2007      Last day to (1) meet and confer re: initial disclosures, early
26                          settlement, ADR process selection, and discovery plan; (2) file Joint
27                          ADR Certification with Stipulation to ADR Process or Notice of
28

1

Case 5:07-cv-00856-JF  Document 6  Filed 05/18/07  Page 2 of 2

05/16/2007  10:24  4083510621                    DAL_BON_WANG                              PAGE  02
07-05-16   10:11am  From-CURIALE DELLAVERSON, et al   +415 994 0443   T-788  P.009/009  F-040

|   |   |   |
|---|---|---|
| 1 |  | Need for ADR Phone Conference. FRCivP 26(f) & ADR L.R. 3-5; |
| 2 |  | Civil L.R. 16-8. |
| 3 | July 6, 2007 | Last day to complete initial disclosure or state objection in Rule |
| 4 |  | 26(f) Report, file Case Management Statement and file/serve Rule |
| 5 |  | 26(f) Report. FRCivP 26(a)(1), Civ.L.R. 16-10 |

The parties, having so stipulated, respectfully ask the Court to approve these new dates or alternatively provide dates agreeable to the Court.

Dated: May 16, 2007

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: /s/ Kristen L. Williams
Richard J. Curiale
Dena L. Narbaitz
Kristen L. Williams
Attorneys for Defendant
BARRETT BUSINESS SERVICES, INC.

Dated: May 16, 2007

DAL BON & WANG

By: /s/ James Dal Bon
Attorneys for Plaintiff
JAIME MORENO

IT IS SO ORDERED.

Dated: May 18, 2007

U.S. NORTHERN DISTRICT COURT

By: /s/ Jeremy Fogel
Judge Jeremy Fogel

2

STIP AND PROPOSED ORDER CONTINUING CMC AND SCHEDULING OF DATES - CASE NO. C07 00856 JF